ORIGINAL

Page 1 of 2

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

JACOB N. STEIN, individually and d/b/a
TEPdesign, Inc.,

                Defendant.
------------------------------------------------------------x

**CONSENT JUDGMENT**

19 Civ. 7259 (VM)

Judgment # _____

        WHEREAS, the United States of America (the "United States" or the "plaintiff") commenced this action by filing a complaint and issuing a summons on August 7, 2019, and the defendant Jacob N. Stein (the "defendant") was duly served with a copy of the summons and complaint; and

        WHEREAS, the parties wish to achieve an amicable resolution of the case;

        NOW, on the signed consent of the plaintiff and the defendant, it is hereby

        ORDERED, ADJUDGED and DECREED that the United States have judgment against the defendant in the amount of $339,644.86, with interest from the date of judgment as

provided by law and that plaintiff have execution therefor.

Dated: New York, New York
January 10, 2020

**Agreed and Consented to**:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
Attorney for the United States of America

By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712

Sworn to before me this
10 1st day of January, 2020

_____

HERMAN AMOS JR.
Notary Public, State of New York
No. 31-4961366
Qualified in New York County
Commission Expires Feb. 5, 2022

_____
JACOB N. STEIN
Defendant, pro se
111 Mill St.
Liberty, New York 12754
Telephone No.: (646) 919-6275

Sworn to before me this
27th day of January, 2020

_____

MEGAN J YELEKLI
Notary Public, State of New York
Reg. No. 01YE6399946
Qualified in Sullivan County
Commission Expires November 4, 2023

SO ORDERED: 11 February 2020

_____
Victor Marrero
**UNITED STATES DISTRICT JUDGE**